# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THOMAS WILLIAMSINCLAIR RICHEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RON FRAKER.<br><br>　　　　　　Respondent. | CASE NO. C13-5043 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation;

(2)　Petitioner's motion to proceed in forma pauperis is denied as moot. Petitioner has paid the filing fee.

DATED this 18th day of March, 2013.

　　　　　　　　　　　*[signature]*

　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1