UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAMSINCLAIR RICHEY,<br><br>Petitioner,<br><br>v.<br><br>RON FRAKER.<br><br>Respondent. | CASE NO. C13-5043 RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: MAY 10, 2013 |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner has filed two motions asking the Court to dismiss or allow him to withdraw this petition (ECF No. 12 and 14). Fed. R. Civ. P. 41(a)(1)(A) allows a petitioner to dismiss his action without a Court order before an answer or motion for summary judgment is filed. No answer or motion for summary judgment has been filed in this action. Accordingly, the Court recommends that this petition be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May, 10, 2013, as noted in the caption

Dated this 8th day of April, 2013.

/s/J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge