UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAMSINCLAIR RICHEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RON FRAKER.<br><br>　　　　　　Respondent. | CASE NO. C13-5043 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation;

(2)　Petitioner's motion to dismiss or withdraw this petition is granted pursuant to Fed. R. Civ. P. 41(a)(1)(A). The petition is dismissed without prejudice

DATED this 10th day of May, 2013.

　　　　　　　　　　　　　　　　　　_/s/ Ronald B. Leighton_
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1